**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Evans, | No. CV-22-02049-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Critter Control Operations Incorporated, *et al.*, | |
| Defendants. | |

At issue is Defendant France Khosravi's Motion to Terminate or Dismiss Defendant France Khosravi as a Party ("Motion") (Doc. 211, Mot.), to which Plaintiff responded (Doc. 218, Resp.) and Defendant replied (Doc. 221, Reply). For the reasons below, the Court will grant in part and deny in part the Motion.

Plaintiff Jon Evans brought only two claims against Defendant Khosravi: (1) unpaid overtime in violation of the Fair Labor Standards Act ("FLSA"); and (2) retaliatory termination in violation of the FLSA. (Doc. 104 ¶¶ 61–71.) These two FLSA claims, among other claims, were also asserted against the other named Defendants. At oral argument before the Honorable Susan R. Bolton, Plaintiff conceded that he was exempt from overtime and abandoned his overtime claim. (Doc. 202, Order, 21 n.18.) Accordingly, Judge Bolton granted summary judgment on this claim (Order at 21), leaving only a retaliation claim standing against Defendant Khosravi.

In an Order dated July 25, 2023, Judge Bolton granted summary judgment as to Plaintiff's retaliation claim. (Order at 22.) Plaintiff failed to establish, as a threshold matter,

that he provided his employer "fair notice" of his overtime complaint. (Order at 22.) Because Plaintiff's claim failed at the threshold of establishing a *prima facie* case of retaliation under the FLSA, the arguments that Defendant Khosravi raised in his Motion for Summary Judgment were rendered moot and his Motion was denied for that reason. (*See* Order at 22 n.19.)

Defendant Khosravi now moves this Court to terminate him as a party in this matter. (Mot. at 1.) Defendant Khosravi also seeks "an order of final judgment so the record is clear that he is no longer a party in this case and, therefore, is not subject to any other Court orders or participation at trial, besides testifying as a witness if one of the other parties wishes to call him as a witness." (Mot. at 2.) In response, Plaintiff does not object to terminating Defendant Khosravi as a party but sought to preserve his right to appeal the Court's grant of summary judgment once a final judgment was rendered. (Resp. at 1–2; *see also* Reply at 5–7 (interparty email correspondence).)

Because no claims remain against Defendant Khosravi after the grant of summary judgment as to Plaintiff's two FLSA claims, the Court agrees that Defendant Khosravi should be terminated as a party. However, this Court cannot enter a judgement in favor of Defendant Khosravi until all claims are adjudicated as to all parties. Fed. R. Civ. P. 54(b).

Under Federal Rule of Civil Procedure 54(b), "when an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Here, Defendant Khosravi does not attempt to demonstrate that no just reason for delay exists for entry of a partial final judgment, nor does the Court so find. Rather, Defendant Khosravi relies exclusively on Rule 58(a) and Rule 41(b), neither of which permit the Court to enter a partial judgment when multiple claims and parties remain. The only Rule that does so is Rule 54(b), of which Defendant Khosravi's Motion is silent.

. . .

. . .

1    Accordingly, while the Court will instruct the Clerk of Court to terminate Defendant
2 Khosravi as a party to this action, the Court will not enter partial final judgment in favor
3 of Defendant Khosravi until this matter is fully adjudicated.
4    **IT IS THEREFORE ORDERED** granting in part and denying in part Defendant
5 Khosravi's Motion to Terminate or Dismiss France Khosravi as a Party (Doc. 211).
6    **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant
7 Khosravi as a party in this matter.
8    Dated this 20th day of October, 2025.

Honorable John J. Tuchi
United States District Judge